# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1532

_____

Percell Freeman,

*Plaintiff - Appellant*,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration,

*Defendant - Appellee*.

_____

Appeal from United States District Court
for the Western District of Arkansas - El Dorado

_____

Submitted: October 3, 2014
Filed: October 8, 2014
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Percell Freeman appeals the district court's[1] dismissal of his action challenging the Social Security Administration's decision to disqualify him from appearing before the agency as a non-attorney representative pursuant to 42 U.S.C. § 406(a). After careful de novo review, *see Jenkins v. Kansas City Mo. Sch. Dist.*, 516 F.3d 1074, 1080 (8th Cir. 2008), we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).